# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-0141, 3D25-0187
Lower Tribunal No. 24-12803-CA-01
_____

**Alan Levine,**
Appellant,

vs.

**Tania Mondesir,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Haynes Law Group, P.A., and Benjamin C. Haynes (Longwood), for appellant.

Michael Farrar, for appellee.

Before FERNANDEZ, MILLER and GOODEN, JJ.

PER CURIAM.

In these consolidated appeals, we affirm the trial court's Order Denying Alan Levine as a Party in case number 3D25-0141. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979). In case number 3D25-0187, we dismiss the appeal of the trial court's Order of Disbursement of Court Registry Funds. See Sanchez v. Consol. Real Estate Invs., 420 So. 3d 1097, 1099 (Fla. 3d DCA 2025) ("A nonparty lacks standing to appeal an order by the trial court."); Ogden v. DiFelice, No. 5D2024-2303 2025 WL 1196948 (Fla. 5th DCA Apr. 25, 2025) ("Admissions in pleadings 'are accepted as facts without the necessity of supporting evidence.'" (quoting Carvell v. Kinsey, 87 So. 2d 577, 579 (Fla. 1956)).

Affirmed in case number 3D25-0141; dismissed in case number 3D25-0187.